STATE of Missouri, Respondent,

v.

Edward ROBINSON, Appellant.

No. WD 60560.

Missouri Court of Appeals,
Western District.

Oct. 8, 2002.

Rebecca Lynn Kurz, Assistant Appellate Defender Office, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, John Munson Morris, III, Assistant Attorney General, Jefferson City, for Respondent.

Before ROBERT G. ULRICH, Presiding Judge, PAUL M. SPINDEN, Judge, and EDWIN H. SMITH, Judge.

### ORDER

Edward Robinson appeals the circuit court's judgment convicting him of one count of murder in the second degree, one count of assault in the first degree, and two counts of armed criminal action. We affirm. Rule 30.25(b).